# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| STEPHANIE ODLE, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | |
| § | Case No. 3:11-cv-02954-O |
| WAL-MART STORES, INC., § | |
| *Defendant*. § | |
| § | |
| § | |
| § | |

## PLAINTIFF'S NOTICE OF APPEAL FROM ORDER AND FINAL JUDGMENT

Notice is hereby given that Stephanie Odle, Plaintiff, appeals to the United States Court of Appeals for the Fifth Circuit from a portion of the Order, ECF No. 36, dated Oct. 15, 2012 finding her claims untimely, and from the final judgment dismissing those claims with prejudice, ECF No. 45, dated January 7, 2013.

DATE: January 10, 2013            Respectfully submitted,

By:   /s/ Hal K. Gillespie
    Hal K. Gillespie
    Texas State Bar No. 07925500
    Yona Rozen
    Texas State Bar No. 17358500
    Joseph H. Gillespie
    Texas State Bar No. 24036636
    GILLESPIE, ROZEN & WATSKY, PC
    3402 Oak Grove Avenue, Suite 200
    Dallas, Texas 75204
    Telephone: (214) 720-2009
    Fax: (214) 720-2291
    E-mail: hkg@grwlawfirm.com
    E-mail: yrozen@grwlawfirm.com
    E-mail: josephgillespie@grwlawfirm.com

___

| | |
|---|---|
| Stephen Tinkler<br>TINKLER LAW FIRM<br>309 Johnson Street<br>Santa Fe, New Mexico 87501<br>Telephone: 505-982-8533<br>Fax: 505-982-6698 | Merit Bennett<br>BENNETT LAW FIRM<br>460 St. Michael's Drive, Suite 703<br>Santa Fe, New Mexico 87505<br>Telephone: 505-983-9834<br>Fax: 505-983-9836 |
| Joseph Sellers<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave NW, Suite 500 West<br>Washington, DC 20005<br>Telephone: 202-408-4600<br>Fax: 202-408-4699 | Jocelyn Larkin<br>THE IMPACT FUND<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone: 510-845-3473<br>Fax: 510-845-3645 |

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2013, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

By: *s/Hal K. Gillespie*
Hal K. Gillespie

___