IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE ODLE et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11-cv-2954-O |
| WAL-MART STORES INC., | § § § | |
| Defendant. | § § § | |

### ORDER

Before the Court is the parties' Joint Motion to Extend Deadlines and Continue Trial Date (ECF No. 74), filed February 9, 2015. The parties seek a ten-week extension of the discovery and subsequent case deadlines and seek a continuance of the July 20, 2015 trial setting. Mot. Extend 1, ECF No. 74. The parties request that the Court continue the trial setting until February 1, 2016. *Id*. The extension is sought "in order to accommodate the parties' ongoing settlement discussions and mediation efforts." *Id*. Specifically, although the parties have "exchanged voluminous written discovery" and deposed all Plaintiffs, the parties seek the extension to complete additional depositions and comply with other previously served discovery requests. *Id*. In sum, the parties maintain that the extension will "facilitate an orderly preparation of the issues in this case for both summary resolution and trial." *Id*.

Under Federal Rule of Civil Procedure 16(b), the Court may modify deadlines upon a showing of good cause. Fed. R. Civ. P. 16(b). Here, the parties maintain that they have already engaged in extensive discovery and settlement discussions are currently ongoing. As a result, the Court finds that the parties have failed to establish good cause under Rule 16(b) to extend the

deadlines to facilitate mediation or orderly discovery.  Accordingly, after reviewing the motion, the Court finds that parties' Joint Motion to Extend Deadlines and Continue Trial Date (ECF No. 74) should be and is hereby **DENIED**.  Accordingly, this case remains set for trial on the Court's four-week docket beginning July 20, 2015.

    **SO ORDERED** on this **10th day** of **February, 2015**.

                                    _____
                                    Reed O'Connor
                                 **UNITED STATES DISTRICT JUDGE**